No. 90–936. BARDUNIAS ET AL. *v.* COUNTY OF WESTCHESTER ET AL. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari

denied.